UNIVERSITY OF ILLINOIS, No. 601—

*Opinion submitted March 14, 1934.*

*Opinion submitted March 14, 1934.*

BY THE COURT.

This work is a part of the educational work of the University and is an item in its main business. Under Sub-section 2 of Section 3 and upon the above facts, this case would seem to be analygous to the manual training teacher's work in *Board of Education* vs. *Industrial Commission,* 301 Ill. 611, and an award is recommended.

UNIVERSITY OF ILLINOIS, No. 598—

*Opinion submitted March 14, 1934.*